UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| | : | |
| v. | : | Crim. No 05-609 |
| | : | |
| HASAN MURPHY | : | <u>Order</u> |

This matter having been brought before the Court on allegations that the defendant, Hasan Murphy(Lorraine Gauli-Rufo,Esq., appearing) violated certain conditions of his supervised release in Criminal No. 05-609 (KAH), and the defendant having appeared on September 25, 2014, and entered a plea of guilty to Violation Number two(2) of the Petition for Warrant for Offender Under Supervision, and the Court having entered defendant's guilty plea, and heard arguments for sentencing by the defense and the Government (Joseph Gribko, AUSA, appearing for Paul Fishman, United States Attorney, District of New Jersey), and for good cause shown,

IT IS on the 23rd day of March 2015,

ORDERED that defendant's term of supervised release is herby revoked; and it is further

ORDERED that the defendant is hereby sentenced to serve a period of 24 months in prison; and it is further

ORDERED that Count One, or any other remaining violations of supervised release on this docket are hereby dismissed, and it is further

ORDERED that no term of Supervised Release shall follow.

_____
HONORABLE KATHERINE A. HAYDEN
United States District Judge